UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE VICTORIA GIAMPA,<br><br>Movant. | Case No.: 2:25-cv-00454-APG<br><br>**Order Granting Motion for Reconsideration and Ordering Random Re-Assignment**<br><br>[ECF No. 3] |

Victoria Giampa is subject to a vexatious litigant pre-filing order issued by Judge Hicks. *See Giampa v. Duckworth, et al.*, 2:12-cv-01145-LRH-VCF, ECF No. 48. Under that order, if Giampa "intends to file any papers with the court relating to her divorce and/or child custody proceedings against the defendants named in the instant complaint, she must first seek leave of the Court." *Id.* at 8. I previously denied Giampa's request to file pleadings in this case because she did not attach the proposed complaint, so it was impossible to determine if her proposed claims would fall within the scope of the vexatious litigant order. ECF No. 2.

Giampa now moves for reconsideration, attaching a proposed complaint. In that motion, she states that the complaint "does not relate to her divorce and/or child custody proceedings but addresses separate wrongful foreclosure issues." ECF Nos. 3 at 1; 3-1 at 25. The proposed complaint appears to raise new issues not previously litigated and not related to Giampa's divorce or child custody case. *See* ECF No. 3. Without commenting on the merits of her claims, the proposed complaint does not run afoul of the vexatious litigant pre-filing order.

I THEREFORE ORDER that Victoria Giampa's motion for reconsideration **(ECF No. 3) is GRANTED.**

I FURTHER ORDER the clerk of court to file the proposed complaint (ECF No. 3-1) as a separate document. It will be the operative complaint in this case.

I FURTHER ORDER the clerk of court to randomly reassign this case to a district judge and magistrate judge for all further proceedings.

DATED this 28th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE