UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Victoria Giampa,

        Plaintiff

v.

Nathan F. Smith, et al.,

        Defendants

Case No. 2:25-cv-00454-CDS-BNW

**Order Closing Case**

[ECF No. 8]

    Plaintiff Victoria Giampa filed a notice indicating that she "has chosen to proceed in the existing state action rather than file a parallel federal complaint." Notice, ECF No. 8. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

    I construe Giampa's notice as a voluntary dismissal based on her desire to close this matter and remove it from the docket. ECF No. 8 at 2. Once a party files a notice of voluntary dismissal, no order of the court is necessary to effectuate dismissal. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Therefore, the Clerk of Court is kindly directed to close this case.

    Dated: December 3, 2025

                                              _____
                                              Cristina D. Silva
                                              United States District Judge